

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JEREMIAH JERMAINE LOVE<br>LA. DOC #422852 | CIVIL ACTION NO.1:10-CV-0051 |
| | SECTION P |
| VS. | |
| | JUDGE DRELL |
| MISTY COWART, ET AL. | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** plaintiff's complaint be **DENIED** and **DISMISSED** pursuant to Rule 41 of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this _18th_ day of May, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE